**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7798**

———————

JERRY JACKSON,

Plaintiff - Appellant,

versus

JOHN BROCK, Captain; ALLEN MCCALISTER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(CA-02-132-6-25-AK)

———————

Submitted:  February 20, 2003     Decided:  February 26, 2003

———————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Jackson, Appellant Pro Se.  James Dean Jolly, Jr., LOGAN,
JOLLY & SMITH, L.L.P., Anderson, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Jerry Jackson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Jackson v. Brock, No. CA-02-132-6-25-AK (D.S.C. Nov. 8, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    AFFIRMED